**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DANIEL GRAJEDA, | ) | |
| Petitioner, | ) | 2:11-cv-01390-PMP-CWH |
| vs. | ) | **ORDER** |
| DIRECTOR OF CORRECTIONS, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner is a California state prisoner incarcerated at Pelican Bay State Prison. Petitioner has filed a *pro se* petition for a writ of habeas corpus in the District Court for the District of Nevada.

If the petitioner files a petition in the wrong district, the district court may transfer the petition to the proper district pursuant to 28 U.S.C. § 1631, "if it is in the interest of justice." *See Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990). In the instant case, the United States District Court for the Northern District of California has proper jurisdiction over this petition.

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of California. The Clerk of Court **SHALL TRANSMIT** this order and this entire action to the United States District Court for the Northern District of California, at 450 Golden Gate Avenue, San Francisco, CA 94102.

DATED: September 8, 2011.

_____
PHILIP M. PRO
United States District Judge