IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRAJEDA,   No. C-11-4700 TEH (PR)

        Petitioner,

     v.   ORDER OF DISMISSAL

DIRECTOR OF CORRECTIONS,

        Respondent.
                                  /

        Petitioner Daniel Grajeda, a state prisoner incarcerated at Pelican Bay State Prison, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging prison conditions. Doc. #1 at 2.

        Petitioner's challenge to the conditions of his confinement by way of a federal petition for writ of habeas corpus is DISMISSED without prejudice to Petitioner filing a civil rights complaint under 42 U.S.C. § 1983. Although the Supreme Court has not addressed whether a challenge to a condition of confinement may be brought under habeas, see Bell v. Wolfish, 441 U.S. 520, 526 n.6 (1979), the Ninth Circuit has held that habeas jurisdiction is

1 absent, and a 42 U.S.C. § 1983 action proper, where, as here, a
2 successful challenge to a prison condition will not necessarily
3 shorten the prisoner's sentence. See <u>Ramirez v. Galaza</u>, 334 F.3d
4 850, 859 (9th Cir. 2003); <u>see</u> also <u>Badea v. Cox</u>, 931 F.2d 573, 574
5 (9th Cir. 1991) (civil rights action is proper method of challenging
6 conditions of confinement); <u>Crawford v Bell</u>, 599 F.2d 890, 891-92 &
7 n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis
8 that challenges to terms and conditions of confinement must be
9 brought in civil rights complaint).

The Clerk shall terminate any pending motions as moot, enter judgment in accordance with this order and close the file.

IT IS SO ORDERED.

DATED  *11/15/2011*

**THELTON E. HENDERSON
United States District Judge**

G:\PRO-SE\TEH\HC.11\Grajeda-11-4700-dism-hc-as-cr.wpd